UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO: H-13-548S<br>**SEALED** |
| DANIEL GARZA | § § § § § § § § § § § § § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  SUPERSEDING INDICTMENT  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant

DANIEL GARZA

☑ DETENTION

☐ RELEASED ON CONDITIONS

☐ APPEARANCE BOND IN THE
AMOUNT OF: $

SIGNED at Houston, Texas, on May 29, 2014.

UNITED STATES MAGISTRATE JUDGE