UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | INDICTMENT NO. H–13-548S |
| | § | |
| JOSE VILLARREAL a.k.a. Mikey | § | |
| GILBERTO MENA GARCIA a.k.a Yune | § | |
| SEVERIANO GARZA, Jr. a.k.a. Borracho | § | |
| OSVALDO MARTINEZ | § | |
| GUADALUPE ARECHIGA a.k.a. Lupe | § | |
| JAIME GARCIA a.k.a. YuYu | § | UNDER SEAL |
| ERBEY SILLER a.k.a. BiBi | § | |
| DANIEL VILLARREAL | § | |
| ISHMAEL VILLARREAL | § | |
| GERARDO MENA | § | |
| DANNY SANDOVAL a.k.a. Capo | § | |
| DAVID GARCIA | § | |
| GERARDO FLORES | § | |
| JOEL BLANCO | § | |
| FELIPE LICEA | § | |
| DANIEL GARZA | § | |

**UNITED STATES' UNOPPOSED MOTION TO CERTIFY CAUSE
AS COMPLEX AND MOTION TO ENTER NEW SCHEDULING ORDER**

The United States of America files this motion to certify this case as a complex case pursuant 18 U.S.C. § 3161(h)(8)(B)(ii) due to the number of defendants involved and the amount of evidence obtained during the investigation.

Due to the fact that initial appearances for the defendants started on June 18, 2014 and not all defendants have named counsel, the process of providing discovery to the defendants has not yet begun. Moreover due to the amount of evidence to be disclosed to defendant, preparation of discovery disks that will be provided to the defendants will not be effected for at least another

1

two weeks.

Jury selection is set for August 18, 2014. The United States asks the court to certify this case as a complex case allowing for a tolling of the speedy trial time limits and the issuance of a new scheduling order. The lawyers who have made appearances in this case on behalf of the defendants in this case have all been contacted and made aware that the United States would file this motion to certify this matter as complex. They do not oppose this motion.

The United States therefore moves that this cause be certified as a complex case, allowing tolling of the time limits under the Speedy Trial Act, Title 18, United States Code, Section 3161, and the issuance of a new scheduling order.

        Respectfully submitted,

        KENNETH MAGIDSON
        United States Attorney

By:      /S/
        BERTRAM A. ISAACS
        Assistant U.S. Attorney
        (713) 567-9557

## **CERTIFICATE OF SERVICE**

I certify that a copy of the attached documents entitled Government's Motion to Certify as a Complex Case was served on the parties listed below by Email on this date June 26, 2014.

>          /S/
> BERTRAM A. ISAACS
> Assistant U.S. Attorney

James Tucker Graves
Attorney for Gerardo Mena
402 Main, Suite 200
Houston, Texas 77002
(713) 225-4273
tgmagoo@hotmail.com

Rene Orlando Garza
Attorney for Jose Villarreal
404 N. Britton
Rio Grande City, Texas 78582
(956) 844-1898
reneorlandogarza@gmail.com

Juan Luis Guerra
Attorney for Severiano Garza, Jr.
4101 Washington Ave., 3rd Floor
Houston, Texas 77007
(713) 529-6605
jlg@gflawoffices.com

JoAnne Marie Musick
Attorney for Osvaldo Martinez
397 N. Sam Houston Parkway E., Suite 325
Houston, Texas 77060
(832) 448-1147
joanne@musicklawoffice.com

Manuel Guerra, III
Attorney for Guadalupe Arechiga
320 W. Pecan
McAllen, Texas 78501
(956) 618-1690
manuel@guerralawfirm.net

Guy Lee Womack
Attorney for Jaime Garcia
402 Main, 6th Floor
Houston, Texas 77002
(713) 224-8812
guy.womack@usa.net

James Tucker Graves
Attorney for Gerardo Mena
402 Main, Suite 200
Houston, Texas 77002
(713) 225-4273
tgmagoo@hotmail.com

Cornel A. Williams
Attorney for Daniel Villarreal
1405 Palm Street
Houston, Texas 77004
(713) 520-5153
willassoc@aol.com

Sarah Beth Landau
Attorney for Ishmael Villarreal
440 Louisiana Street, Suite 1350
Houston, Texas 77002
(713) 718-4600
sorcha_landau@fd.org

Reno Houston Gonzalez
Attorney for Danny Sandoval
900 E. San Benito Street
Rio Grande City, Texas 78582
(956) 488-1382
renohg@yahoo.com

Roger Harrison Reed
Attorney for David Garcia
3900 N. 10th Street, Suite 850
McAllen, Texas 78501
(713) 225-4273
rreed@rmglawfirm.com

Rene P. Montalvo
Attorney for Gerardo Flores
P.O. Box 16
Rio Grande City, Texas 78582
(956) 488-1266
rpmontalvo@aol.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| V. | § | **INDICTMENT NO. H–13-548S** |
| | § | |
| **JOSE VILLARREAL a.k.a. Mikey** | § | |
| **GILBERTO MENA GARCIA a.k.a Yune** | § | |
| **SEVERIANO GARZA, Jr. a.k.a. Borracho** | § | |
| **OSVALDO MARTINEZ** | § | |
| **GUADALUPE ARECHIGA a.k.a. Lupe** | § | |
| **JAIME GARCIA a.k.a. YuYu** | § | **UNDER SEAL** |
| **ERBEY SILLER a.k.a. BiBi** | § | |
| **DANIEL VILLARREAL** | § | |
| **ISHMAEL VILLARREAL** | § | |
| **GERARDO MENA** | § | |
| **DANNY SANDOVAL a.k.a. Capo** | § | |
| **DAVID GARCIA** | § | |
| **GERARDO FLORES** | § | |
| **JOEL BLANCO** | § | |
| **FELIPE LICEA** | § | |
| **DANIEL GARZA** | § | |

**ORDER**

The Government's Motion to Certify this case as a complex case pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) is    GRANTED    /    DENIED.

Ordered on _____, 2014, in Houston, Texas.

_____
EWING WERLEIN, Jr.
UNITED STATES DISTRICT JUDGE