| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 4:13-cr-00548-S |
| DEFENDANT | TYPE OF PROCESS |
| JOSE VILLARREAL, ET. AL. | File Notice of Lis Pendens |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Marshals Service (ATTN: Barbara Lowe)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3 Allen Center, Ste. 3050, 333 Clay St., Houston, TX 77002

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Gerald Doyle
United States Attorney's Office
1000 Louisiana, Suite 2300
Houston, TX 77002

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
AUG 08 2014
David J. Bradley, Clerk of Court

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

File Notice of Lis Pendens

14-DEA-600591

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER (713)567-9599 | DATE 6/18/14 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk Barbara Lowe | Date 6/19/20 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Shelby Sodolak, Montgomery Co. Clerk's Office

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date 06/20/14 | Time 01:13 ☐ am ☑ pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65 | $22.44 | -0- | $87.44 | | $0.00 |

REMARKS:
Filed Notice of Lis Pendens @ Montgomery Co. Clerk's Office

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CRIMINAL NO. H-13-548S |
| | § | CASE NO. 4:13-CR-548 |
| JOSE VILLARREAL, ET AL., | § | |
|     Defendants. | § | |

(OWNERS OF RECORD: DANIEL VILLARREAL and DOMINGA GUERRA VILLARREAL)

<u>UNITED STATES OF AMERICA'S NOTICE OF LIS PENDENS</u>

TO DANIEL VILLARREAL and DOMINGA GUERRA VILLARREAL AND TO ALL WHOM IT MAY CONCERN:

Notice is given that the above-captioned criminal action has been commenced and is now pending in the United States District Court for the Southern District of Texas involving the above-named parties.

One object of this action is the forfeiture of the real property described below. The real property is a parcel of property, more or less, out of and a part of the John Dorsey Survey, Abstract No. 174 in Montgomery County, Texas, and more fully described as:

> An eleven acre parcel of property, more or less, out of and a part of the John Dorsey Survey, Abstract No. 174 in Montgomery County, Texas and being that tract or parcel of land described in an instrument filed in the Deed Records of Montgomery County, Texas under the clerk's File Mark 7701423 in Vol. 972 at page 827 and further described in that Deed of Trust bearing Clerk's File Mark 167910 in Vol. 121 at page 489 of the Montgomery County Texas Real Property Records, less the following parcel of property which shall be withheld from the approximate eleven acres and retained by Grantors under the General Warranty Deed dated May 19, 2009, between Grantors Bobby E. Fletcher and Cora Smith Fletcher, husband and wife, and Grantees Daniel Villarreal and Dominga Guerra Villarreal, husband and wife, and which parcel has been identified and measured by both the Grantor and Grantee and understood to be a parcel of land that is 135 feet wide on Porter Road

and 322.67 feet deep – i.e. perpendicular to Porter Rd., which parcel is located on the south east corner of the eleven acres.

The record title owners of the property are Daniel Villarreal and Dominga Guerra Villarreal.

Additional information concerning this action is available from records of the Clerk, United States District Court, Southern District of Texas, 515 Rusk, Houston, Texas 77002.

                                                 Respectfully submitted,

                                                 Kenneth Magidson
                                                 United States Attorney
                                                 Southern District of Texas

By: _____
        Bertram A. Isaacs
        Assistant United States Attorney
        U. S. Attorney's Office
        1000 Louisiana, Suite 2300
        Houston, Texas 77002
        (713) 567-9000

State of Texas       §
County of Harris   §

Sworn to and subscribed before me, the undersigned authority, on June 17_____, 2014.

                                                 _____
                                               Notary Public in and for the State of Texas

AFTER FILING, PLEASE RETURN TO:
Bertram A. Isaacs
Assistant United States Attorney
U. S. Attorney's Office
1000 Louisiana, Suite 2300
Houston, Texas 77002

2

```
              Receipt# 1232816
------------------------------------------
              MARK TURNBULL
              COUNTY CLERK
              210 W. DAVIS
               CONROE, TX
                  77301
              (936) 539-7885
------------------------------------------
Doc#: 2014059016  Pgs: 3
Type: LIS PENDENS
Fees:                         $       15.00


Total                         $       15.00
Check(s) Tendered             $       15.00
Balance                       $        0.00
------------------------------------------
  CHECK Number
  817900352475                $       15.00
------------------------------------------
Total Documents: 1
Total Fees: 1
------------------------------------------
Client Name GENERAL PUBLIC
Filed By UNITED STATES MARSHAL
Jun 20 2014  1:13:23 PM

Cashier: Shelby Sodolak
```