# U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

434

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 4:13-cr-00548-S |
| DEFENDANT | TYPE OF PROCESS |
| JOSE VILLARREAL, ET. AL. | File Notice of Lis Pendens |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Marshals Service (ATTN: Maria Llanos)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1701 W. Business Hwy. 83, Suite 1125, McAllen, TX 78501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Gerald Doyle
United States Attorney's Office
1000 Louisiana, Suite 2300
Houston, TX 77002

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

File Notice of Lis Pendens

14-DEA-600339

United States Courts
Southern District of Texas
FILED
SEP 0 4 2014
David J. Bradley, Clerk of Court

2014 JUN 20 AFO-MCALLEN.TX AM 10:23 UNITED STATES MARSHAL

Signature of Attorney other Originator requesting service on behalf of:  ✓ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER (713)567-9599
DATE 6/18/14

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 6/20/14 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ✗ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
TANIA RIVERA, CLERK

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
HIDALGO COUNTY CLERK'S OFFICE
100 N. CLOSNER
EDINBURG, TX 78539

Date 6-30-14  Time 9:40 ✗ am ☐ pm

Signature of U.S. Marshal or Deputy  C. Oates

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.- | | | $65.- | | $0.00 |

REMARKS: NOTICE OF LIS PENDENS FILED AT HIDALGO COUNTY CLERK'S OFFICE.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED



Form USM-285
Rev. 12/15/80
Automated 01/00

Hidalgo County
Arturo Guajardo Jr.
County Clerk
Edinburg, TX 78540



Instrument Number: 2014-2526132

Recorded On: June 30, 2014

As
Recording

Parties:
To

Billable Pages: 2
Number of Pages: 3

Comment: NOTICE OF LIS PENDENS

** Examined and Charged as Follows: **

Recording            30.00
Total Recording:     30.00

************ THIS PAGE IS PART OF THE INSTRUMENT ************
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

File Information:
Document Number: 2014-2526132
Receipt Number: 1450968
Recorded Date/Time: June 30, 2014 09:26A

Record and Return To:
US JUSTICE MARSHAL
ORIGINAL RETURNED TO CUSTOMER
MCALLEN TX 78501

User / Station: T Rivera - Cash Station 01



STATE OF TEXAS
COUNTY OF HIDALGO
I hereby certify that this instrument was FILED in the File Number sequence on the date/time
printed heron, and was duly RECORDED in the Official Records of Hidalgo County, Texas

Arturo Guajardo Jr.
County Clerk
Hidalgo County, TX