UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| vs. | § | CRIMINAL NO. H-13-548S |
| | § | CASE NO. 4:13-cr-548 |
| JOSE VILLARREAL, et al., | § | |
| Defendants. | § | |

# UNITED STATES SUPPLEMENTAL NOTICE OF CRIMINAL FORFEITURE

TO THE HONORABLE JUDGE OF SAID COURT:

The Indictment in this case provides notice of forfeiture of property under 21 U.S.C. § 853. The United States of America hereby gives notice to the Defendants in this case under Fed. R. Crim. P. 32.2(a) and supplements the list of property subject to forfeiture to also include, but not be limited to, the following real property which the United States will seek to forfeit:

>The Surface only in and to 12.03 acres of land out of and part of the S.M. MARSHALL LEAGUE, A-13, in Leon County, Texas, and being out of a certain 236.7 acres tract as described in the Commissioners Report in cause entitled Kembell Milling Company verses Mrs. Elia Brown, et al, being duly of record in Vol. L, Page 269 of the Civil Minutes of the District Court of Leon County, Texas, which 12.03 acres is more particularly described by metes and bounds as follows:

>BEGINNING on an iron rod (set) in the South line of the original 236.7 acres tract and being N 55-00 E 109.0 vrs from the Southwest corner of said 236.7 acres tract;

>THENCE N 24-31 W 227.0 vrs to the center of a county road;

>THENCE with the center of said County Road as follows: N 77-33 E 232.0 vrs N 75-56 E 114.0 vrs; N 81-25 E 67.0 vrs; and N 88-26 E 136.1 vrs to the

1

point of corner of same, also being in the South line of said 236.7 acre tract;

THENCE S 55-00 W 540.0 vrs to the place of beginning and containing 12.03 acres of land.

        Respectfully Submitted,

        Kenneth Magidson
        United States Attorney

By:    /s/ Bertram A. Isaacs
        Bertram A. Isaacs
        Assistant United States Attorney
        1000 Louisiana, Suite 2300
        Houston, Texas 77002
        (713) 567-9557

## CERTIFICATE OF SERVICE

A true and correct copy of the United States Supplemental Notice of Criminal Forfeiture was served on defense counsel via electronic filing on February 12, 2015.

By:    /s/ Bertram A. Isaacs
        Bertram A. Isaacs
        Assistant United States Attorney
        (713) 567-9557