UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| versus | § § | CRIMINAL H-13-548 |
| GERARDO MENA, ET AL. | § | |

## AMENDED DOCKET CONTROL ORDER

The Docket Control Order is AMENDED as follows:

1. MOTIONS will be filed by      _N/A_

2. RESPONSES will be filed by      _N/A_

3. Proposed JURY QUESTIONS and JURY CHARGE will be filed by      _At Final Pretrial Conference_

4. PRETRIAL CONFERENCE is set for      _October 30, 2015 @ 11:00 AM_
   (515 Rusk, Fifth Circuit Courtroom 11D, 11th Floor Houston, Texas)
   **DEFENDANT MUST BE PRESENT**

5. JURY selection and TRIAL set for      _November 30, 2015 @ 9:00 AM_

6. Estimated Trial Time      _5 days_

Direct questions about this schedule to Marilyn Flores, Case Manager, U. S. District Clerk's Office, P. O. Box 61010, Houston, Texas 77208; 713-250-5533.

SIGNED at Houston, Texas on the 16th day of October 2015.

_[signature]_
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE