United States District Court
Southern District of Texas
**ENTERED**
February 16, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff | § § § § | |
| v. | § § | CRIMINAL NO. H-13-548<br>CASE NO. 4:13-CR-548 |
| JOSE VILLARREAL,<br>　　　Defendant | § § § | |
| MARIA G. VILLARREAL,<br>　　　Petitioner | § § § | ANCILLARY PROCEEDING |

## ORDER

The United States has moved the Court for authorization to conduct post-conviction discovery regarding Maria Villarreal's ("Petitioner") third-party petition alleging an interest in the real properties listed in the Preliminary Order of Forfeiture (Doc. No. 374). Having considered the motion and the applicable law, it is ORDERED that the United States is authorized to conduct discovery regarding the Petitioner's petition.

Signed in Houston, Texas, on this 16TH day of February, 2017.

EWING WERLEIN, JR.
United States District Judge